**MARC A. LIEBERMAN (SBN 157318)**
**ALAN W. FORSLEY (SBN 180958)**
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 284-7350
Facsimile: (310) 432-5999
alan.forsley@flpllp.com

Attorneys for Plaintiff
Remares Global, LLC a Florida
Limited liability company

FILED & ENTERED

MAY 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>IGOR SHABANETS,<br>                                    Debtor.<br><br>RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Igor Shabanets, and as successor plaintiff to Remares Globlal, LLC, a Florida limited liability company,<br><br>                                    Plaintiff,<br>v.<br><br>OLGA SHABANETS, as trustee of the 2012 IRREVOCABLE TRUST AGREEMENT OF IGOR SHABANETS u/a/d November 12, 2012; OLGA SHABANETS, an individual; IGOR SHABANETS, an individual; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware corporation, DOES 1 through 20, inclusive,<br><br>                                    Defendants. | **Case No. 8:19-bk-14912-TA**<br><br>Chapter 7<br><br>**Adversary No.: 8:20-ap-01002-TA**<br>**[Adv. Case No. 8:20-ap-01079-TA] (consol.)**<br><br>**JUDGMENT IN FAVOR OF REMARES GLOBAL, LLC PURSUANT TO STIPULATED DECLARATORY JUDGMENT**<br><br>[NO HEARING REQUIRED] |

1

Pursuant to the Stipulation Dismissing Remares' Counter Claims in Adversary Case No. 8:20-ap-01002-TA and for Entry of Stipulated Declaratory Judgment Pursuant to Settlement in Adversary Case No. 8:20-ap-01079-TA (the "**Stipulation**"), and the settlement agreement approved by the Court on March 28, 2022 as Docket No. 511, the Court hereby enters judgment on Remares Global, LLC's ("**Remares**") First Claim for Declaratory Relief filed in Adversary Case No. 8:20-ap-01079-TA.

The Court finds that Remares has a valid and perfected lien on the entire $3,385,713.12 being held by Chapter 7 Trustee, Richard Marshack of which funds $482,780.80 was previously distributed to this Court's order granting Remares motion for summary judgment on its Second Claim for declaratory relief, and the remaining funds, including any earned interest, are to be distributed pursuant to the Settlement and Subordination Agreement entered into between Remares and the Trustee.  Each party shall bear its own fees and costs.

###

Date: May 2, 2022

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge